**Dismissed and Memorandum Opinion filed January 23, 2025.**



In The

# Fifteenth Court of Appeals

## NO. 15-24-00129-CV

**DOMINIQUE CUNNINGHAM, Appellant**

**V.**

**LINA HIDALGO, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 202477884**

## MEMORANDUM OPINION

Appellant Dominique Cunningham filed a notice of appeal on November 26, 2024, asserting that the trial court had not ruled on her motion for in camera inspection. The appellate record, however, does not contain either a final judgment or an appealable interlocutory order. Generally, appeals may be taken only from final judgments unless a statute authorizes an interlocutory appeal. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see also* Tex. Civ. Prac. & Rem. Code § 51.014 (listing permissible interlocutory appeals).

Cunningham was notified that this appeal would be dismissed for want of jurisdiction because the record does not contain either a final judgment or an appealable interlocutory order. *See* Tex. R. App. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195. Cunningham failed to file an adequate response demonstrating our jurisdiction over the appeal. Rather than addressing the lack of a final judgment or appealable order, as identified in our notice, Cunningham asserted the trial court failed to rule on her motion. Cunningham's response does not demonstrate that this court has jurisdiction over her appeal, nor does she present a record that would otherwise entitle her to relief.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.